**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                             CASE NO. 3:02CR8LAC

JAMES EARL BOYINGTON

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  August 16, 2005

Motion/Pleadings: MOTION FOR AN ORDER RE-OPENING THE JUDGMENT ENTERED ON JULY 13, 2004, DENYING DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. 2255

Filed by DEFENDANT PRO SE  on 8/4/05  Doc.# 121

RESPONSES:

                                            on            Doc.#
                                            on            Doc.#

\_\_\_\_\_ Stipulated     \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed     \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                                    /s/ Mary Maloy-Wells
                                            Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 24th day of August, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) The 240 month sentence was a mandatory minimum sentence under the enhanced penalty provision of 21 U.S.C. 841 (b)(1)(A). Mandatory minimums override guideline provisions.*

                                                          s/*L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                    *United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.