IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                                          Case No: 3:02cr8/LAC

JAMES EARL BOYINGTON

### ORDER

The defendant has filed a request for a certificate of appealability (doc. 124) in his appeal of the denial of his motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Rule 60(b) relief. See *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

Defendant has also filed a motion for leave to proceed *in forma pauperis*. (Doc. 125). Because the court finds that the appeal is not taken in good faith, defendant is not entitled to so proceed, and his motion is denied. Defendant shall pay the $255.00 appellate filing fee within thirty days.

DONE AND ORDERED this 1st day of November, 2005.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**