# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                           CASE NO. 3:02cr8-001

JAMES EARL BOYINGTON,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

Defendant's sentence of confinement is hereby reduced from 240 months to 120 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 1 August 2002 shall remain unchanged.

**ORDERED** this 1st day of September, 2009.

                                                    s/*L.A. Collier*
                                               LACEY A. COLLIER
                            Senior United States District Judge